UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:13-cr-111 |
| | ) | |
| ANTHONY LAVIENA, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION & ORDER

Defendant Anthony Laviena, through counsel, has filed a Motion to Vacate Pre-Trial and Trial Dates, seeking continuances of the pretrial conference set for tomorrow and the jury trial, which is set for April 10, 2017. (DE 474.) The government does not object to the motion.

Pursuant to 18 U.S.C. § 3161(h)(1)(D), the time period between the filing of Laviena's motion and this order is excludable under the Speedy Trial Act. In addition, I have considered the best interests of the public and the defendant in a speedy trial and find that the ends of justice would be served by a short continuance of the trial to allow more time for discovery and preparation of the case. Therefore the time between the date of this order and May 1, 2017, is excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

Accordingly, Laviena's motion (DE 474) is **GRANTED** with respect to the trial only, and the trial is **RESET** for **Monday, May 1, 2017 at 8:30 a.m. Central/Hammond Time**. The pretrial conference will proceed as scheduled tomorrow, April 6, 2017.

**SO ORDERED.**

ENTERED: April 5, 2017.

                                        s/ Philip P. Simon
                                        JUDGE, UNITED STATES DISTRICT COURT